**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>BERNICE FRANCIS HOSLEY<br><br>Debtor(s) | Case No. 14-34921 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/25/2014, and was converted to chapter 13 on 10/23/2014.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 01/28/2015.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

    Total paid by or on behalf of the debtor    $1,497.87
    Less amount refunded to debtor    $700.00

**NET RECEIPTS:**    **$797.87**

**Expenses of Administration:**

    Attorney's Fees Paid Through the Plan    $761.17
    Court Costs    $0.00
    Trustee Expenses & Compensation    $36.70
    Other    $0.00

**TOTAL EXPENSES OF ADMINISTRATION:**    **$797.87**

Attorney fees paid and disclosed by debtor:    $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| AARON'S SALE AND LEASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AARON'S SALE AND LEASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AARON'S SALE AND LEASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACCESS REVEIVABLES | Unsecured | 4,793.00 | NA | NA | 0.00 | 0.00 |
| AFFORDABLE AUTO | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 1,759.00 | NA | NA | 0.00 | 0.00 |
| AT & T BANKRUPTCY | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| AT & T BANKRUPTCY | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ATTORNEY GENERAL WELFARE | Unsecured | 7,460.00 | NA | NA | 0.00 | 0.00 |
| BAKER & MILLER PC | Unsecured | 3,992.63 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| BLATT HASENMILLER LEIBSKER | Unsecured | 1,886.44 | NA | NA | 0.00 | 0.00 |
| BOB WATSON | Unsecured | 19,000.00 | NA | NA | 0.00 | 0.00 |
| BOOST MOBILE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CAINE & WEINER | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| CALUMET CITY LIBRARY | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| CALUMET PARK LIBRARY | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 561.00 | NA | NA | 0.00 | 0.00 |
| Citibank | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 2,515.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COMMUNITY FEDERAL CREDIT UNI( | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| DUVERA FINANCIAL | Unsecured | 1,803.00 | NA | NA | 0.00 | 0.00 |
| DUVERA FINANCIAL | Unsecured | 1,733.00 | NA | NA | 0.00 | 0.00 |
| EVERGREEN COMM BANK | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| FURNITURE LIQUIDATOR | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| GREEN TREE SERVICING LLC | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HERITAGE ACCEPTANCE CORP | Unsecured | 8,092.50 | 8,092.80 | 8,092.80 | 0.00 | 0.00 |
| HSBC AUTO FINANCE | Unsecured | 15,508.00 | NA | NA | 0.00 | 0.00 |
| HSN RETAIL OUTLET | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Il Dept of Human Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF HUMAN SERVICE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF HUMAN SERVICE | Unsecured | 4,870.15 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 57,384.26 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 57,384.26 | 57,384.26 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 14,281.23 | 14,281.23 | 14,281.23 | 0.00 | 0.00 |
| JEROME D CITRON | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR & SAM | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| MALCOLM X COLLEGE | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| MELANIE FITNESS CENTER | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| MORRAINE VALLEY COMM COLLEG | Unsecured | 204.65 | 204.50 | 204.50 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 1,012.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 651.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL AMERICA FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEM | Unsecured | 3,425.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 782.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,500.00 | 459.97 | 459.97 | 0.00 | 0.00 |
| OLIVE HARVEY COLLEGE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ONE WAY AUTO SALES | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PUBLIC STORAGE | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| RBS CITIZENS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| RBS CITIZENS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Regional Recovery Serv | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Regional Recovery Serv | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| RENT A CENTER ENTERPRISE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SOUTH SUBURBAN COLLEGE | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 463.27 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 437.00 | NA | NA | 0.00 | 0.00 |
| Stellar Rec | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| TCF | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| THEODORE POLLACK | Unsecured | 512.25 | NA | NA | 0.00 | 0.00 |
| TRUMAN COLLEGE | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Unique National Collec | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| UNKNOWN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNKNOWN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPTARTMENT OF EDUCATION | Unsecured | NA | 21,664.50 | 21,664.50 | 0.00 | 0.00 |
| US DEPTARTMENT OF EDUCATION | Unsecured | 21,664.60 | NA | NA | 0.00 | 0.00 |
| WIDE OPEN WEST CABLE CO | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| WRIGHT JR COLLEGE | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $14,281.23 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$14,281.23** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$87,806.03** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $797.87 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$797.87** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/15/2015                     By: /s/ Tom Vaughn
                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**